**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gordon Lorey Grilz, | ) | No. CV 05-0286-PHX-JWS (ECV) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Dora Schriro, et al., | ) | |
| Defendants. | ) | |

Pending before the court is Plaintiff's Motion for Extension of Time to Complete Service of Process (Doc. #21). Plaintiff is seeking an extension of time to serve Defendants Martin, Parkerson and Stoft.[1] Counsel for Defendants has not filed a response to the motion. In July 2005, Service Process and Returns for Defendants Parkerson, Stoft and Martin (Doc. #6, #7 and #8) were filed indicating that service was unexecuted. Plaintiff believes that these individuals are still employed by the Arizona Department of Corrections and that he knows where they are working. Plaintiff will therefore be given an additional opportunity to effect service on these individuals. The court will grant Plaintiff's motion and direct the Clerk of the Court to send Plaintiff service packets for the purpose of re-attempting service on Defendants Martin, Parkerson and Stoft.

---

[1] Plaintiff also was unsure about whether Defendant Valeros had been served. The docket reflects that Defendant Valeros was served on August 17, 2005. Doc. #17.

**IT IS THEREFORE ORDERED:**

(1) That Plaintiff's Motion for Extension of Time to Complete Service of Process (Doc. #21) is **granted**;

(2) That the Clerk of Court shall send Plaintiff service packets for Defendants Martin, Parkerson and Stoft;

(3) That Plaintiff shall complete and return the service packets to the Clerk of the Court within 20 days of the date this order is filed. The United States Marshal will not provide service of process if Plaintiff fails to comply with this order;

(4) That the United States Marshal shall attempt to serve Defendants Martin, Parkerson and Stoft in accordance with the terms of the screening order (Doc. #3); and

(5) That if Plaintiff does not either obtain a waiver of the service of summons or complete service of the Summons and Complaint on Defendants Martin, Parkerson and Stoft within 60 days of the date this order is filed, they may be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

DATED this 22nd day of September, 2005.

Edward C. Voss
United States Magistrate Judge