IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gordon Lorey Grilz,<br><br>    Plaintiff,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>    Defendants. | No. CV 05-286-PHX-JWS (ECV)<br><br>**ORDER** |

Defendants have filed a Motion to Stay (Doc. #28). In light of Judge Sedwick's Order (Doc. #35) denying Plaintiff's motion for a typewriter, the motion to stay is moot.

**IT IS THEREFORE ORDERED:**

That Defendants' Motion to Stay (Doc. #28) is **denied as moot**.

DATED this 8th day of December, 2005.

*Edward C. Voss*
Edward C. Voss
United States Magistrate Judge